# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of July, two thousand twenty-six.

---

Saba Capital Master Fund, LTD.,
Saba Capital Management, L.P.,

        Plaintiffs - Appellees,

    v.

BlackRock ESG Capital Allocation
Trust, Municipal Income Fund, Inc., Royce Global
Value Trust, Inc., Tortoise Midstream Energy
Fund, Inc., Tortoise Energy Independence Fund,
Inc., Tortoise Pipeline & Energy Fund,
Inc., Tortoise Energy Infrastructure Corp., Ecofin
Sustainable and Social Impact Term Fund, Adams
Diversified Equity Fund, Inc., Adams Natural
Resources Fund, FS Credit Opportunities Corp.,

        Defendants - Appellants.

---

**ORDER**

Docket Nos. 23-8104 (L), 24-79 (Con),
24-80 (Con), 24-83 (Con), 24-116 (Con)

---

By the Supreme Court's opinion dated June 11, 2026, the above captioned case is reinstated and jurisdiction is restored to this Court. The mandate in this case is hereby recalled and the case is reinstated.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 07/16/2026