# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of July, two thousand twenty-six.

Before: William J. Nardini,
    Steven J. Menashi,
    Eunice C. Lee,
     *Circuit Judges.*

---

Saba Capital Master Fund, LTD.,
Saba Capital Management, L.P.,

    Plaintiffs - Appellees,

 v.

BlackRock ESG Capital Allocation
Trust, Municipal Income Fund, Inc., Royce Global
Value Trust, Inc., Tortoise Midstream Energy
Fund, Inc., Tortoise Energy Independence Fund,
Inc., Tortoise Pipeline & Energy Fund,
Inc., Tortoise Energy Infrastructure Corp., Ecofin
Sustainable and Social Impact Term Fund, Adams
Diversified Equity Fund, Inc., Adams Natural
Resources Fund, FS Credit Opportunities Corp.,

    Defendants - Appellants.

**ORDER**

Docket Nos. 23-8104 (L), 24-79 (Con),
24-80 (Con), 24-83 (Con), 24-116 (Con)

---

Plaintiffs-Appellees request that this case be partially vacated and remanded to the district court only as to Defendants-Appellants FS Credit Opportunities Corp. (No. 24-79), Adams Diversified Equity Fund, Inc. (Nos. 24-80, 24-116), Adams Natural Resources Fund, Inc. (Nos. 24-80, 24-116), Royce Global Trust, Inc. (No. 24-83), BlackRock ESG Capital Allocation Term Trust (No. 23-8104), and Municipal Income Fund (No. 23-8104) for further proceedings consistent with the Supreme Court's decision in *FS Credit Opportunities Corp. v. Saba Capital Master Fund, Ltd*, 608 U.S. ---, 146 S. Ct. 1546 (June 11, 2026).

Upon due consideration, it is hereby ORDERED that the motion is GRANTED.

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

